**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KEVIN STEINKE, et al.,** | : | **CIVIL ACTION** |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| **AON INVESTMENTS USA INC.,** | : | **No. 25-cv-7163** |
| **and AKSIA LLC,** | : | |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this **11th** day of **February 2026**, upon review of Plaintiffs' Motion to Remand (ECF No. 33), Defendants' Opposition (ECF No. 39), Plaintiffs' Reply (ECF No. 42), Defendant Aksia LLC's Sur-Reply (ECF No. 44), and the docket, it is hereby **ORDERED** that the Motion (ECF No. 33) is **DENIED** for the reasons set forth in the accompanying memorandum opinion.

                                        **BY THE COURT:**

                                        **/s/ Chad F. Kenney**

                                        _____
                                        **CHAD F. KENNEY, JUDGE**